IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN SMITH,

    Plaintiff,

v.

U.S. DEPARTMENT OF
TRANSPORTATION, and U.S.
DEPARTMENT OF JUSTICE,

    Defendants.

Case No. 6:16-cv-1875-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 61), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the report. Accordingly, I have reviewed the file of this case *de novo*.

1 –ORDER

*See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 61) is adopted in full. Plaintiff's motion for additional discovery (ECF No. 54) is DENIED. DOT's motion for summary judgment (ECF No. 48) is GRANTED.

IT IS SO ORDERED.

DATED this 4th day of December, 2018.

                                                      _____/s/ Michael J. McShane_____
                                                                  Michael McShane
                                                          United States District Judge